UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>   Harrison Properties, LLC,<br><br><br><br>   Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 09-26818<br><br>Chapter: 11<br>Honorable Timothy A. Barnes |

### FINAL DECREE CLOSING CHAPTER 11 CASE

THE COURT, having entered an Order on July 31, 2012, confirming the "Debtor's Seventh Amended Plan of Reorganization dated June 18, 2012" (the "Plan"), the Debtor having made the payments required under the Plan as of the date hereof, and the Plan having thus been substantially consummated;

IT IS HEREBY ORDERED THAT:

1.    The captioned Chapter 11 case is hereby closed.

Enter: *[signature]*

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 10, 2012

**Prepared by:**

Timothy C. Culbertson
ARDC No. 6229083
1107 Lincoln Avenue
Fox River Grove, Illinois 60021
(847) 913-5945